# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOPE MEDICAL ENTERPRISES, INC. D/B/A HOPE PHARMACEUTICALS, <br><br> Plaintiff, <br><br> v. <br><br> FAGRON COMPOUNDING SERVICES, LLC; JCB LABORATORIES, LLC; ANAZAOHEALTH CORPORATION; COAST QUALITY PHARMACY, LLC, <br><br> Defendants. | Case No. 2:19-cv-07748-CAS-PLAx <br><br> **ORDER RE STIPULATED PROTECTIVE ORDER** |

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is **granted**.

**IT IS SO ORDERED.**

DATED: December 30, 2019

_____
PAUL L. ABRAMS
United States Magistrate Judge