**O**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOPE MEDICAL ENTERPRISES, INC. D/B/A HOPE PHARMACEUTICALS,<br><br>Plaintiff,<br><br>v.<br><br>FAGRON COMPOUNDING SERVICES, LLC; JCB LABORATORIES, LLC; ANAZAOHEALTH CORPORATION; COAST QUALITY PHARMACY, LLC,<br><br>Defendants. | **Case No. 2:19-cv-07748-CAS-PLAx**<br><br>*The Honorable Christina A. Snyder*<br><br>**AMENDED PERMANENT INJUNCTION** |

AMENDED PERMANENT INJUNCTION

The Court AMENDS the PERMANENT INJUNCTION issued on January 18, 2022, to provide as follows:

1. Defendants and their officers, agents, servants, employees, attorneys, and all those acting in concert with any of them (collectively, "Defendants"), shall be permanently enjoined from directly or indirectly distributing in or to California, Connecticut, Florida, South Carolina, or Tennessee any unapproved drug compounded from bulk sodium thiosulfate, unless:

   a. bulk sodium thiosulfate appears on the Food and Drug Administration's "Clinical Need List" of bulk drug substances for which FDA has found a clinical need for use by Section 503B outsourcing facilities;

   b. the drug compounded by defendants from bulk sodium thiosulfate appears on FDA's "drug shortage" list at the time of compounding, distribution, and dispensing; or

   c. if FDA's January 2017 "Interim Policy on Compounding Using Bulk Drug Substances Under Section 503B" remains in effect, bulk sodium thiosulfate appears on FDA's "Category 1" list.

2. In all circumstances, including if any of the conditions in paragraph 1 are satisfied, Defendants must comply with all the terms and conditions set forth in the Court's original permanent injunction (Dkt. 430).

IT IS SO ORDERED.

DATED: May 31, 2022

*Christina A. Snyder*

THE HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE